## (June 11, 1968)

■ In the Matter of THOMAS J. ADAMS, JR., Appellant-Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and SEYMOUR HALPERN, Respondent-Appellant.— In this proceeding to invalidate petitions designating respondent Seymour Halpern as a candidate for the Liberal party's nomination for the public office of Representative in Congress from the Sixth Congressional District of New York in the Primary Election to be held on June 18, 1968, (1) petitioner appeals, as limited by his brief, from so much of the judgment of the Supreme Court, Queens County, dated June 4, 1968, as dismissed the proceeding on the merits and (2) said designee cross-appeals from so much of said judgment as denied his motion to dismiss the proceeding on the ground the court does not have jurisdiction of his person (CPLR 3211, subd. [a], par. 8). Judgment affirmed, without costs. We do not reach the question of service of the papers herein because we have determined the appeal in favor of respondent-appellant (Halpern) on the merits. Leave is granted to appellants to appeal further to the Court of Appeals. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of BERTRAM L. BAKER, Respondent, v. SUMNER C. LARK et al., Appellants, et al., Respondents.— In this proceeding to invalidate (1) petition designating Sumner C. Lark as a candidate for the Democratic party's nomination for the public office of Member of the Assembly from the 56th Assembly District, Kings County, in the Primary Election to be held on June 18, 1968 and (2) the substitution of Wade N. Lassiter as such designee, said designee and substituted designee and Bertram D. White, Blaine Thompson and George K. Walters (Committee to Fill Vacancies) appeal from a judgment of the Supreme Court, Kings County, dated June 10, 1968, which *inter alia* granted the application. Judgment affirmed, without costs. No opinion. Leave is granted to appellants to appeal further to the Court of Appeals. Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of PATRICK BEARY et al., Respondents, v. THOMAS P. CULLISON, Appellant, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In this proceeding to invalidate petition designating Thomas P. Cullison as a candidate for election to the party position of Male Member of the Republican Party State Committee from the 21st Assembly District, Queens County, in the Primary Election to be held on June 18, 1968, said designee appeals from a judgment of the Supreme Court, Queens County, dated June 10, 1968, which granted the application and declared the designating petition invalid. Judgment reversed, on the law and the facts, without costs, proceeding dismissed on the merits and the designating petition declared valid. We do not find fraud in this case justifying invalidation of the entire petition. Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.